# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Pros Dry Cleaners Inc. ) | ASBCA No. 59369 |
| ) | |
| Under Contract No. FA3300-13-P-0033 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Bruce Webber
President/CEO

APPEARANCES FOR THE GOVERNMENT:  Lt Col James H. Kennedy III, USAF
Air Force Chief Trial Attorney
Carrie W. Fogle, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The Board acknowledges receipt of the "PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE" in the referenced appeal. The motion is granted. The appeal is hereby dismissed with prejudice.

Dated:  17 September 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59369, Appeal of Pros Dry Cleaners Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals